# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 4:17-cr-00015-CDL-MSH |
| | : | |
| MARCOS HENDERSON, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

On February 2, 2024, Defendant filed a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 56), to which the Government filed its response in opposition (ECF No. 58).  Based on the Court's review of Defendant's motion for sentence reduction, it also appears that Defendant may have intended to simultaneously file a motion for compassionate release under § 3582(c)(1)(A).  Def.'s Mot. 1-2, ECF No. 56.  Moreover, Defendant requests he be provided with any forms necessary to complete a motion under § 3582(c)(1)(A).  *Id.* at 2.  The Court notes there are no required forms necessary for filing a compassionate release motion.  However, Defendant is required to adequately set forth the grounds for why he believes he is entitled to compassionate release.

Accordingly, Defendant is **ORDERED** and **DIRECTED** to file any desired supplement to his pending motion to assert his § 3582(c)(1)(A) grounds **WITHIN THIRTY (30) DAYS** of the date of this Order.  The Government is directed to file a response to Defendant's request for compassionate release within sixty (60) days of the filing of Defendant's supplement to his motion or ninety (90) days from the date of this

Order, whichever is later.  Thereafter, Defendant may file his reply to the Government's response within twenty-one (21) days.

**SO ORDERED**, this 11th day of April, 2024.

                                                    /s/ Stephen Hyles
                                                  UNITED STATES MAGISTRATE JUDGE